Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−20972−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Woodson
   124 Bert Ave.
   Trenton, NJ 08629

Social Security No.:
   xxx−xx−8075

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 11, 2015.

On August 30, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:              October 12, 2016
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 31, 2016
JJW: wdr

                                                  James J. Waldron
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-20972-CMG
Anthony Woodson                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Aug 31, 2016
                              Form ID: 185              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.

```
db           +Anthony Woodson,    124 Bert Ave.,    Trenton, NJ 08629-2609
cr           +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
515561920    +Auto Outlet,    1555 N Olden Ave,    Ewing, NJ 08638-3203
516279083     BANK OF AMERICA, NA,    BANK OF AMERICA, NA,    P.O. BOX 31785,    TAMPA, FL 33631-3785
515792003    +Bank of America, N.A.,    P.O. Box 5170,    Simi Valley, CA 93062-5170
515561922    +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
515630577     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515630578     Capital One, N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515561923    +Chambers Emergency Assoc.,    66 West Gilbert St.,    2nd Fl.,    Red Bank, NJ 07701-4947
515561925    +Credit Acceptance Corp.,    25505 W. 12 Mile Rd.,    Ste 3000,    Southfield, MI 48034-8331
515561926   ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Directv,      P.O. Box 11732,    Newark, NJ 07101)
515561929   ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables Management,      1130 Northchase Pkwy,   Suite 150,
               Marietta, GA 30067)
515561928    +Financial Recoveries,    PO Box 1022,    Wixom, MI 48393-1022
515836108    +First Bank Delaware,    Williamson Brown LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
515561930    +Phelan, Hallinan & Schmieg,    400 Fellowship Rd.,    Suite 100,    Mount Laurel, NJ 08054-3437
515561932    +Revenue Recovery Corp.,    612 Gay St.,    Knoxville, TN 37902-1603
515561934    +St. Francis Medical Center,    601 Hamilton Ave.,    Trenton, NJ 08629-1915
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 31 2016 23:33:04     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 31 2016 23:33:02     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515561924    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 31 2016 23:33:33      Comcast,
               800 Rahway Ave.,    Union, NJ 07083-6691
515561927    +E-mail/Text: bknotice@erccollections.com Aug 31 2016 23:33:07     Enhanced Recovery Co, LLC,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
515561931    +E-mail/Text: bankruptcy@rentacenter.com Aug 31 2016 23:33:57     Rent-A-Center,
               1516 N. Olden Ave.,    Trenton, NJ 08638-3204
515561933    +E-mail/Text: courtinfo@myshs.com Aug 31 2016 23:33:07     Safe Home Security,
               55 Sebethe Drive,    Cromwell, CT 06416-1054
515561935    +E-mail/Text: bankruptcy@td.com Aug 31 2016 23:33:06     TD Bank,    PO Box 219,
               Lewiston, ME 04243-0219
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515561921    ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 31, 2016
                              Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew L. Spivack     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer R. Gorchow     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              John Philip Schneider     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laurence R. Sheller     on behalf of Debtor Anthony    Woodson laurence.sheller@verizon.net
                                                                                          TOTAL: 9
```