UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Anthony Woodson

Case No.: 15-20972

Chapter: 13

Judge: CMG

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: Laurence Sheller

This will confirm that on  August 30, 2016  the following document(s) was filed by you.

- ☒ Amendment to Schedule(s)  I & J ,
- ☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

- ☒ A Declaration About an Individual Debtor's Schedules
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information if necessary

- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals if necessary

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: August 31, 2016        James J. Waldron, Clerk

*new.12.1.15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 15-20972-CMG
Anthony Woodson                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Aug 31, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.
db             +Anthony Woodson,    124 Bert Ave.,    Trenton, NJ 08629-2609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2016 at the address(es) listed below:
    Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
    Albert Russo   docs@russotrustee.com
    Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com
    Andrew L. Spivack   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
    Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Jennifer R. Gorchow   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
    John Philip Schneider   on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
    Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
    Laurence R. Sheller   on behalf of Debtor Anthony Woodson laurence.sheller@verizon.net
                                                                                        TOTAL: 9